

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

VANESSA L. ARMSTRONG, CLERK

OCT 16 2019

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**JAMIE PATEL**

<u>INDICTMENT</u>

NO. 3:19-CV-178-RGJ

18 U.S.C. § 513
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461

The Grand Jury charges:

<u>COUNT 1</u>
(*Uttering a Counterfeit Security*)

On or about August 1, 2019, in the Western District of Kentucky, Jefferson County, the defendant, **JAMIE PATEL**, did knowingly make, utter, and possess a counterfeited and forged security of an organization that operates in and the activities of which affect interstate and foreign commerce, with the intent to deceive another person, organization and government, to wit: **JAMIE PATEL** possessed and uttered a counterfeit and forged check number 3250 in the amount of $2,469.44 issued by Golden Rule Signs and cashed at BB&T Bank.

In violation of Title 18, United States Code, Section 513(a).

The Grand Jury further charges:

<u>COUNT 2</u>
(*Uttering a Counterfeit Security*)

On or about August 1, 2019, in the Western District of Kentucky, Jefferson County, the defendant, **JAMIE PATEL**, did knowingly make, utter, and possess a counterfeited and forged

security of an organization that operates in and the activities of which affect interstate and foreign commerce, with the intent to deceive another person, organization and government, to wit: **JAMIE PATEL** possessed and uttered a counterfeit and forged check number 3252 in the amount of $2,391.23 issued by Golden Rule Signs and cashed at BB&T Bank.

In violation of Title 18, United States Code, Section 513(a).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 513, as alleged in Counts 1 and 2 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **JAMIE PATEL**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1)(c) and Title 28, United States Code, Section 2461, any and all property constituting, or derived from, proceeds said defendant obtained, directly or indirectly, as a result of the said offenses, alleged in Counts 1 and 2 of this Indictment.

Pursuant to Title 18, United States Code, Section 982(a)(1)(c) and Title 28, United States Code, 2461, incorporating Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:JDJ

2

UNITED STATES OF AMERICA v. **JAMIE PATEL**          **P E N A L T I E S**

Count 1-2:  NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release

**N O T I C E**

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY  40202
                   502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY  42101
                   270/393-2500

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY  42301
                   270/689-4400

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY  42001
                   270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT

Western District of Kentucky

At Louisville

## THE UNITED STATES OF AMERICA

vs.

# ROBERT EDWARD PAYTON

## INDICTMENT

### COUNT 1

*Possession of a Firearm by a Convicted Felon*
18 U.S.C. §§922(g)(1) and 924(a)(2)

### FORFEITURE

*A true bill.*

*Foreperson*

*Filed in open court this 16th day of October, 2019.*

VANESSA L. ARMSTRONG, CLERK

OCT 16 2019

U.S. DISTRICT COURT          *Clerk*
WEST'N DIST. KENTUCKY

*Bail, $*